UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SATURNINO FLORES,

        Petitioner,

  v.

C. INGRAM,

        Respondent.

C14-1429Z

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 3, to which no objection was timely filed, does hereby find and ORDER:

    (1)    The Report and Recommendation is **ADOPTED**;

    (2)    This 28 U.S.C. § 2241 petition is **DENIED** and the matter is **DISMISSED** without prejudice;

    (3)    The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

Dated this 20th day of November, 2014.

*/s/ Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL - 1